UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAN THOMPSON,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | **CIVIL ACTION NUMBER:** |
| **SENTRY CREDIT, INC.,** | ) ) | **CV-08-J-1294-S** |
| Defendant. | ) ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW**, the Plaintiff, **JAN THOMPSON**, and the Defendant, **SENTRY CREDIT, INC.**, by and through their attorneys of record, and stipulate that all claims of Plaintiff against Defendant, in this proceeding are to be dismissed with prejudice, with each party to bear its own costs.  The Parties hereby request that this Court enter an Order dismissing the above-styled proceeding with prejudice.

This the 16th day of October, 2008.

>   */s/ Laura C. Nettles*
>   Laura C. Nettles (ASB 5805-S63L)
>   Attorney for Defendant, Sentry Credit, Inc.

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:  (205) 967-8822
Facsimile:   (205) 967-2380

                                          */s/ Whitney Seals*
                                          Whitney Seals, Esq.
                                          Attorney for Plaintiff,
                                          Jan Thompson

**OF COUNSEL:**

**PATE & COCHRUN**
P.O. Box 10448
Birmingham, Alabama 35202

                                          */s/ Michael W. Lindsey*
                                          Michael W. Lindsey, Esq.
                                          Attorney for Plaintiff,
                                          Jan Thompson

**OF COUNSEL:**

**LINDSEY LAW FIRM, LLC**
One Perimeter Park Drive, Suite 330 N
Birmingham, Alabama 35243