# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAN THOMPSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 08-J-1294-S |
| SENTRY CREDIT, INC., | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 10), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 17th day of October 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE